| | | | |
|---|---|---|---|
| 6/21/2011 | | TUESDAY | Judge Randall L. Dunn |
| 10:30 AM<br>CR 3 | ■ 09-3418 rld<br>09-36520 | By The Beach Productions, LLC vs Howell | |

Status Hearing
By The Beach Productions, LLC - NICHOLAS J HENDERSON
Nicholas Carl Howell - def       NEIL T JORGENSON

**Evidentiary Hearing:**   Yes: ☐   No: ☐

_This matter is moot. Court to enter dismissal order._

Order to be prepared by:   ☐ clerk's office   ☒ chambers   ☐ _____

**OD3 - Dismissal Order**

   #1 _____ Settled _____ (21) days.

   #2 _____ to Prepare Judgment/order _____ (21) days.

   #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

   #1 _____ Planning conf. by ___.___.___ / Conf. Report by ___.___.___

   #2 _____ Planning conf. by ___.___.___ / No report.

   #3 _____ Discovery can proceed.

   #4 _____ No planning conf./Initial disclosures by ___.___.___

   #5 _____ Discovery limited to _____.

**DOCKET ENTRY:**

Case 09-03418-rld   Doc 17   Filed 06/21/11

Run Date: 6/21/2011